# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| **Marshall Lee Brown Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:18-cv-00092-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Eric Hooks et al,** | ) | |
| | ) | |
| | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2019 Order.

October 1, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court