Clerk's Office
United States Courthouse
Statesville Division
200 West Broad Street, Room 304
Statesville, NC 28677

October 24, 2019

Hand-Delivered

**Re:   Amending Petitioner's Exhibit #1.**
**File No.   5:18cv0092**

Dear Madame Clerk:

I filed a Rule 59(e) motion, in the above-captioned matter, on October 16, 2019, with affidavit and accompanying exhibit #1. While reviewing said documents, I discovered that my exhibit included only the odd pages of the document. I am respectfully asking that said exhibit be amended to include the even numbered pages as well.

Sincerely yours,

*[signature]*

Marshall L. Brown, Jr.

*ENCLOSURE(S)*