Hand-Delivered

FILED
STATESVILLE, NC

DEC 18 2019

U.S. District Court
Western District of N.C.

Clerk's Office
United States Courthouse
Statesville Division
200 West Broad Street, Room 304
Statesville, NC 28677

December 17, 2019

RE: **SUPPLEMENT TO PETITIONER'S EXHIBIT(S)**
    **FILE NO.: 5:18CV0092**

Dear Madame Clerk:

    I filed a Rule 59(e) motion for reconsideration, in the above-captioned matter, on October 16, 2019, with affidavit and accompanying exhibit #1. Said exhibit was amended on October 24, 2019, to include even-numbered pages that had been previously omitted. In the Honorable Judge Frank D. Whitney's October 1, 2019 Order, he informed this petitioner that the Court had been unable to locate a copy of the relevant statute referenced throughout petitioner's pleading(s) which petitioner had also been unable to procure. Since then however, through nothing short of divine intervention, petitioner has been blessed with a copy of said statutes, attest to their authenticity—under penalty of perjury—and now respectfully ask that they be attached to his verified motion as exhibit#2.

Sincerely yours,

*[signature: Marshall L. Brown, Jr.]*
Marshall L. Brown, Jr.

*ENCLOSURE(S)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the Petitioner's Letter to Supplement and Exhibit #2. were filed with the Clerk of Court on the 18th day of December, 2019, and was served by depositing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a first-class postage-prepaid envelope properly addressed as follows:

> Office of Attorney General
> N.C. Dept. of Justice
> 9001 Mail Service Center
> Raleigh, North Carolina 27699-9001

This the 18th day of December, 2019.

By: *(signature)*
Marshall L. Brown, Jr.
Opus# 0050673
Scotland Correctional Institution
22383 McGirts Bridge Road
Laurinburg, NC 28352
PETITIONER PRO SE